UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1536 PA (JPRx) | Date | May 17, 2013 |
|---|---|---|---|
| Title | Timothy Mark Roach v. Guess ? Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Complaint filed by plaintiff Timothy Mark Roach ("Plaintiff") on March 4, 2013. The Complaint alleges a claim for violation of the Age Discrimination and Employment Act of 1967, as Amended, 29 U.S.C. § 621 et seq. The Complaint alleges that Plaintiff is a resident and citizen of Arizona. The Complaint further alleges that venue is proper in the Central District of California because the claim arose in this judicial district. Other than the fact that Guess? Inc.'s headquarters are located in Los Angeles, California, the Complaint does not allege facts to show that the claim arose in this judicial district.

The Court orders the parties to show cause, in writing not to exceed 15 pages, why this action should not be transferred to another forum for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 124(a), 1404(a). All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence. To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

1. In what district does Plaintiff reside and could this action have been brought in that district;

2. Whether venue is appropriate in a venue other than the Central District of California ("Central District");

3. What contacts, if any, each of the parties has to the Central District, the district in which Plaintiff resides, and any other appropriate venue;

4. What connection Plaintiff's causes of action have to the Central District, the district in which Plaintiff resides, and any other appropriate venue;

5. Which witnesses are expected to be called and where they reside;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1536 PA (JPRx) | Date | May 17, 2013 |
|---|---|---|---|
| Title | Timothy Mark Roach v. Guess ? Inc. | | |

6. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the district in which Plaintiff resides, and any other appropriate venue;

7. The ease of access to sources of proof in each of the forums; and

8. The expected difference in the cost of litigation in the Central District as compared to the district in which Plaintiff resides or any other appropriate venue; and

Plaintiff shall file his response no later than May 31, 2013. Defendant's response, if any, shall be filed no later than June 7, 2013. Failure to timely respond to this order to show cause may result in the imposition of sanctions, including the dismissal of this action without prejudice.

IT IS SO ORDERED.